UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RONNIE DAVIS,
    Plaintiff,

v.                                          06-4050

ROGER WALKER, et al.,
    Defendants.

### Order Directing Release of Medical Records of Ronnie Davis

On August 25, 2006, the court conducted a merit review of the plaintiff's complaint. The court found that the plaintiff had adequately alleged that the defendants violated his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs.

Defendant Dr. William Rankin now filed a motion asking for an order pursuant to the Health Insurance Portability and Accountability Act (HIPAA) allowing the release of medical records for the purpose of this litigation only. The motion is granted. [d/e 11]

**IT IS THEREFORE ORDERED that:**
**1) Defendant Dr. Rankin's motion for an order pursuant to 45 CFR 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) for the release of medical records is granted. [d/e 11]**

**2) The plaintiff's medical records shall be released to the attorneys of record in this litigation upon request of said attorney(s) to any covered entity, as defined by 45 C.F.R. 160.103. Those attorneys are Theresa Powell and Michael J. Lanzdorf. This order applies to all of the plaintiff's protected health information produced by a covered entity as defined under the Health Insurance Portability and Accountability Act and attendant federal regulations. The parties and their attorneys shall not use or disclose the protected health information for any purpose other than the litigation in this case. Upon the termination of this litigation, the parties and their attorneys shall either return said protected health information to the covered entity or destroy the protected health information.**

Entered this 15th Day of November, 2006.

                                                    s/Harold A. Baker

                                                HAROLD A. BAKER
                                  UNITED STATES DISTRICT JUDGE